# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

MANUEL OTERO,

      Plaintiff,

v.                                                            No. 1:19-cv-00990-JAP-KRS

BRISTOL WEST INSURANCE
COMPANY OF AMERICA,

      Defendant.

## ORDER ADOPTING JOINT STATUS REPORT AND
## PROVISIONAL DISCOVERY PLAN

At the Rule 16 scheduling conference held on November 26, 2019, the Court reviewed the parties' Joint Status Report and Provisional Discovery Plan and adopted it with minor modifications as set forth in the Court's Scheduling Order filed concurrently with this Order.

**IT IS SO ORDERED**.

                                                  _____
                                                  KEVIN R. SWEAZEA
                                                  UNITED STATES MAGISTRATE JUDGE