## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

**MANUEL OTERO,**

      **Plaintiff,**

**v.**                            **No.: 1:19-cv-990 JAP/KRS**

**BRISTOL WEST INSURANCE
COMPANY OF AMERICA,**

      **Defendant.**

### ORDER VACATING SETTLEMENT CONFERENCE AND SETTING STATUS CONFERENCE

THIS MATTER, having come before the Court on Defendant Bristol West Insurance Company's Unopposed Motion to Vacate and Reschedule Settlement Conference [Doc. 18], and the Court, having reviewed the Motion and noting the concurrence of all counsel, FINDS the Motion well-taken.

IT IS HEREBY ORDERED that the settlement conference currently scheduled for February 18, 2020 at 9:00 a.m. is hereby vacated.

IT IS FURTHER ORDERED that the parties appear for telephonic status conference on **February 18, 2020** at **10:00 a.m.** to discuss rescheduling the settlement conference.  The parties shall dial **(888) 398-2342** and enter access code **8193818** to connect to the proceedings.

_Kevin Sweazea_

KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE