IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

MANUEL OTERO,

    Plaintiff,

v.                                                                           No.: 1:19-cv-990 JAP/KRS

**BRISTOL WEST INSURANCE**
**COMPANY OF AMERICA,**

    Defendant.

## **STIPULATED ORDER EXTENDING MOTION TO COMPEL DEADLINE**

THIS MATTER, having come before the Court on the Parties' Joint Motion for Extension of Motion to Compel Deadline [Doc. 20], and the Court, having reviewed the Motion and noting the concurrence of all counsel, FINDS the Motion well-taken.

IT IS HEREBY ORDERED that the deadline for Bristol West Insurance Company to file its Motion to Compel discovery responses from the Plaintiff is hereby extended to **February 14, 2020**.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE